STATE OF NEW JERSEY v. KEVIN A. SUMPTER.

May 13, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. LEMUEL BROWN.

May 13, 1980.

Petition for certification denied.

BONNIE GOODMAN v. LONDON METALS EXCHANGE, INC.

May 13, 1980.

Petition for certification granted.